# EXHIBIT 1

PAUL M. BRENT, ESQ., SBN 125976   [SPACE BELOW FOR FILING STAMP ONLY]
STEINBERG, NUTTER & BRENT
LAW CORPORATION
23801 CALABASAS ROAD, #2031
CALABASAS, CA 91302
818.876.8535 (TEL.)
818.876.8536 (FAX)

Counsel For: WGCZ Ltd., S.R.O.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re: | ) Case No.: 1:18–bk-10098 MB |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC. | ) (Lead Case - Jointly Administered) |
|  | ) Chapter 11 |
|  | ) |
| Debtor | ) **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS (in lead case and all jointly administered cases)** |
|  | ) HEARING |
|  | ) Date: |
|  | ) Time: NO HEARING REQUIRED |
|  | ) Place: |

Pursuant to FRBP 2002, 9007 and 9010(b) and 11 U.S.C. sections 1102(1) and 1109(b), the undersigned attorneys appear as counsel in the above captioned bankruptcy case (and its jointly administered cases) on behalf of WGCZ Ltd., S.R.O. ("WGCZ").

The undersigned requests that all notices given or required to be given and all papers served or required to be served in this case and its jointly administered cases be served upon:

Paul M. Brent, Esq.,
Steinberg, Nutter & Brent
Law Corporation
23801 Calabasas Road, #2031
Calabasas, CA 91302
snb300@aol.com
818.876.8535 (tel)
818.876.8536 (fax)

This request is intended to constitute such request for service as required pursuant to the FRBP, *in toto*, as well as pursuant to 11 U.S.C. section 1101, et.seq.

Nothing within this pleading nor any other pleading filed nor appearance made shall waive, nor is intended to waive, any right of WGCZ to (i) have final orders in core and non-core matters entered only after *de novo* review an Article III court; (ii) any trial by jury to which it is entitled; (iii) have the reference withdrawn; (iv) object to the jurisdiction of the Bankruptcy Court; and/or (iv) elect any remedy or rights to which it is or may be entitled (all of which rights and remedies are expressly and specifically reserved).

DATED: June 13, 2018

                                                   **STEINBERG, NUTTER & BRENT**
                                                   **LAW CORPORATION**

                                    By:  /s/ P M Brent
                                           Paul M. Brent, Esq.
                                           Attorneys for WGCZ Ltd., S.R.O.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

23801 Calabasas Road # 2031, Calabasas, CA 91302

A true and correct copy of the foregoing document entitled:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS (in lead case and all jointly administered cases)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  6 / 13 /18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page XX

**2. SERVED BY UNITED STATES MAIL**: On   /   /, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/13/18 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable M. Barash, USBC, 21041 Burbank Blvd. 3rd flr., Woodland Hills, CA 91367
Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6 /13 / 2018      P.M Brent       /s/ P M Brent

# Mailing Information for Case 1:18-bk-10098-MB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Keith Patrick Banner**    kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Ron Bender**    rb@lnbyb.com
- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Linda F Cantor**    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Carol Chow**    carol.chow@ffslaw.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **James A Dumas**    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Allan B Gelbard**    xxxesq@aol.com, Allan@GelbardLaw.com
- **David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com;rjohnson@dkgallc.com;akuras@dkgallc.com
- **Mirco J Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- **Jeffrey L Kandel**    jkandel@pszjlaw.com
- **John P Kreis**    jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Andrew B Levin**    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;sly@wcghlaw.com
- **Peter W Lianides**    plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Iain A W Nasatir**    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **Michael St James**    ecf@stjames-law.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Cathy Ta**    cathy.ta@bbklaw.com, lisa.spencer@bbklaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**    mw@weissandspees.com, lm@weissandspees.com
- **Michael H Weiss**    lm@weissandspees.com, lm@weissandspees.com
- **Marc J Winthrop**    mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com
- **Beth Ann R Young**    bry@lnbyb.com

## Manual Notice List