IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PRESERVATION TECHNOLOGIES LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 6:22-cv-00025-ADA |
| v. | § § | |
| WGCZ Ltd., S.R.O. and WGCZ Holding, as, | § § § | |
| *Defendants.* | § | |

## WAIVER OF SERVICE OF SUMMONS

**To:**   Andrew G. DiNovo
DiNovo Price LLP
7000 N. MoPac Expressway
Suite 350
Austin, Texas 78731

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 on or before June 18, 2022. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: April 1, 2022

By: *[signature]*
Michael T. Zeller
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

**ON BEHALF OF DEFENDANT
WGCZ HOLDING, AS**

1