**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| PRESERVATION TECHNOLOGIES LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 6:22-cv-00025-ADA |
| v. | § | |
| | § | |
| WGCZ LTD., S.R.O. AND WGCZ HOLDING, | § | **JURY TRIAL DEMANDED** |
| AS, | § | |
| | § | |
| *Defendants.* | | |

**<u>NOTICE OF APPEARANCE</u>**

Preservation Technologies LLC ("Preservation"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

>Nicole E. Glauser
>Texas State Bar No. 24050694
>DiNovo Price LLP
>7000 N. MoPac Expressway
>Suite 350
>Austin, Texas 78731
>Telephone: (512) 539-2626
>Facsimile: (512) 539-2627
>nglauser@dinovoprice.com

DATED: June 14, 2022                    Respectfully submitted,

                                        */s/ Nicole E. Glauser*
                                        Andrew G. DiNovo
                                        Texas State Bar No. 00790594
                                        adinovo@dinovoprice.com
                                        Adam G. Price
                                        Texas State Bar No. 24027750
                                        aprice@dinovoprice.com
                                        Nicole E. Glauser
                                        Texas State Bar No. 24050694
                                        nglauser@dinovoprice.com
                                        Michael French (*Pro Hac Vice*)
                                        Texas State Bar No. 24116392
                                        mfrench@dinovoprice.com
                                        **DINOVO PRICE LLP**
                                        7000 N. MoPac Expressway, Suite 350
                                        Austin, Texas 78731
                                        Telephone: (512) 539-2626
                                        Telecopier: (512) 539-2627

                                        **COUNSEL FOR PLAINTIFF**
                                        **PRESERVATION TECHNOLOGIES LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ Nicole E. Glauser*
Nicole E. Glauser