IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PRESERVATION TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 6:22-cv-00025-ADA |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| WGCZ LIMITED, S.R.O. AND | ) | |
| WGCZ HOLDING, A.S., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant WGCZ Holding, a.s. states that it has no parent corporation and no publicly traded corporation owns 10% or more of its stock. Defendant WGCZ Limited, s.r.o. is a wholly-owned subsidiary of WGCZ Holding, a.s.

Dated: July 11, 2022

Respectfully submitted,

*/s/ Michael T. Zeller*
Michael T. Zeller (pro hac vice)
Julia Choe (pro hac vice)
Tigran Guledjian (pro hac vice)
Scott A. Florance (pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
michaelzeller@quinnemanuel.com
juliachoe@quinnemanuel.com

Sean Damon (pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
seandamon@quinnemanuel.com

Evan Pearson
Quinn Emanuel Urquhart & Sullivan, LLP
300 West Sixth Street, Suite 2010
Austin, Texas 78701
Telephone: (737) 667-6100
Facsimile: (737) 667-6110
evanpearson@quinnemanuel.com

*Attorneys for Defendants*
*WGCZ Limited., s.r.o. and WGCZ Holding, a.s.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the date this document is filed.

*/s/ Evan Pearson*
Evan Pearson