# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br>*Plaintiff,*<br><br>v.<br><br>WGCZ LTD., S.R.O., WGCZ HOLDING, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES S.R.O., WEBPROCESSING S.R.O.,, BRIDGEMAZE PARTNERS S.R.O.,,<br>*Defendants.* | § § § § § § § § § § § § § §   Case No. 6-22-cv-00025-ADA |

## REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that this case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 7th day of October, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE